08-24-00375-CV

Virginia L. Bunting
33rd Judicial District Court
Burnet County, Texas
Courtreporter33rd@gmail.com
512-940-6597

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
11/5/2024 10:15:00 AM
ELIZABETH G. FLORES
Clerk

November 5, 2024

Court of Appeals
Eighth District of Texas
El Paso County Courthouse
500 E. San Antonio Ave. Suite 1203
El Paso, Texas  79901-2408

RE:     Court of Appeals Number 08-24-00375-CV
        Trial Cause Number 53196

STYLE:  Recreational Land Sales, LLC/James M. Allen, Charles Cedars, and Deborah Cedars
        v.
        James M. Allen, Charles Cedars, and Deborah Cedars/Recreational Land Sales, LLC

Status Report:
        I am unable to file the reporter's record by the date due because of my current workload. I'm requesting a 30-day extension to November 30, 2024, to complete the record.

        Thank you.

                        Respectfully yours,

                        /s/ Virginia L. Bunting

                        Virginia L. Bunting